Cleveland Cliffs Iron Company, Respondent, v. Otto Keusch and Others, Defendants. Townsend-Ward Company and Others, Appellants.— Motion of

appellant Williamson Forwarding Company, Inc., for leave to appeal to the Court of Appeals granted, and questions for review certified.